**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
GEORGE H CRANE, III

Chapter 13

Debtor

Bankruptcy No. 19-17563-MDC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

February 27, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALEXANDER G TUTTLE
TUTTLE LEGAL
2303 N. BROAD ST  STE 2
COLMAR, PA 18915-

Debtor:
GEORGE H CRANE, III

3962 SHORT LANE

HUNTINGDON VALLEY, PA 19006-